UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CINDY ANDERSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:11-cv-02014-AT |
| | ) |
| | ) |
| REDLINE RECOVERY SERVICES, LLC | ) |
| | ) |
| Defendant, | ) |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, CINDY ANDERSON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

This 15th day of November, 2011.

ALEX SIMANOVSKY & ASSOCIATES LLC

/s/ Alex Simanovsky
Alex Simanovsky, Esq.
GA Bar No. 646874
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road
Suite 300
Atlanta, GA 30345
(770) 414-1002
alex@fdcpalawyeronline.com

*Attorney for Plaintiff*